Samuel G. **UTNAGE, II**, Petitioner,

v.

**DEPARTMENT OF THE ARMY,** Respondent.

No. 04–3191.

United States Court of Appeals, Federal Circuit.

May 20, 2004.

Domenique Kirchner, Principal Attorney, Donald E. Kinner, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Samuel G. Utnage, II, WSMR, NM, pro se.

### ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Appellant's brief is due within 21 days from the date of of this order.